IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CYNTHIA FLORAVIT, )<br>)<br>and )<br>)<br>**Plaintiff,** )<br>)<br>)<br>vs. )<br>)<br>METALDYNE SINTERED )<br>RIDGWAY, LLC, )<br>)<br>)<br>**Defendant.** ) | CIVIL ACTION NO. 1:14-cv-00086<br><br>The Honorable Donetta W. Ambrose<br><br><br>**Jury Trial Demanded** |

PLAINTIFFS' NOTICE OF SERVICE OF
<u>SETTLEMENT DEMAND LETTER</u>

    Plaintiff's counsel has served a detailed settlement demand letter on Defendant's counsel.

                                                       Respectfully Submitted,

Date:  <u>June 10, 2015</u>                By  <u>/s/ Robert A. Bracken</u>
                                                   Jason Archinaco
                                                   Robert A. Bracken
                                                   Michael A. O'Leary
                                                 ARCHINACO/BRACKEN LLC
                                                  The Pennsylvanian
                                                  1100 Liberty Avenue, Suite C6
                                                  Pittsburgh, PA 15222
                                                  (412) 434-0555